**Order entered November 10, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00955-CV

## IN RE SUNOCO RETAIL LLC AND DERRICK RAY LEWIS, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18306**

## ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Based on the Court's opinion of this date, we **DISMISS** relators' petition for

writ of mandamus.

/s/    DENNISE GARCIA
       JUSTICE